IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DESMOND BABLOO SINGH,

    Defendant.

Criminal No.: TMD-20-3132

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER RE: EMERGENCY MOTION TO REVOKE RELEASE ORDER

Pursuant to 18 U.S.C. §3145(a) this Court conducted a hearing on the Government's Emergency Motion for Revocation of Release Order issued by the United States District Court for the Southern District of New York. (ECF No.7) For the reasons set forth on the record and after consideration of factors under 18 U.S.C. §3142(g) during this Court's de *novo* review; IT IS HEREBY ORDERED this 28th day of December 2020 that said Motion is GRANTED;

IT IS FURTHER HEREBY ORDERED that:

1. The defendant is remanded to the U.S Marshals and shall continue to be in detention pending a detention hearing before this Court after transport of the Defendant to this District.

2. Copies of this Order shall be transmitted to counsel of record.

                                         RICHARD D. BENNETT
                                         UNITED STATES DISTRICT JUDGE